IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMMY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3116 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court sua sponte and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Further, Fed. R. Civ. P. 4(m) establishes a 120-day time limit for service of process on the defendant in a civil case, absent a showing of good cause.

In this case the complaint was filed on June 5, 2009. **See** Filing No. 1. Accordingly, the deadline for service of process expired **on or about October 5, 2009**. The plaintiff sought and received summonses on October 2, 2009. **See** Filing No. 7. However, there is no proof of service of process on the defendant. Therefore, the plaintiff must make a showing of service, good cause for the failure of timely service, or the action must be dismissed. Upon consideration,

**IT IS ORDERED:**

The plaintiff shall show cause why this case should not be dismissed for failure to prosecute or electronically file proof of service **on or before October 30, 2009**.

Dated this 15th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

1