## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMMY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3116 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Social Security Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the plaintiff's motion to extend time to file an appeal (Filing No. 34).  The plaintiff states she is moving and wants to find legal counsel in the new state prior to filing an appeal of this court's March 28, 2011, order and judgment. *Id.*  The plaintiff also indicates she would like to appeal the court's June 15, 2011, order denying reconsideration.  *Id.*  Under the circumstances, the plaintiff's motion is granted as set forth below.

**IT IS ORDERED:**

1.      The plaintiff's motion to extend time to file an appeal (Filing No. 34) is granted.

2.      The plaintiff shall have an extension of time until **July 27, 2011**, to file her notice of appeal in this case.  NO FURTHER EXTENSIONS OF THE DEADLINE WILL BE GRANTED.

3.      The Clerk of Court shall mail a copy of this order to the plaintiff at:

> 901 South Franklin Avenue, Apt. 116
> Hastings, NE 68901

DATED this 22nd day of June, 2011.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge